## Carl H. Burckhardt, Appellee, v. Elgin, Joliet and Eastern Railway Company, Appellant.

### Gen. No. 42,855.

O'CONNOR, P. J., specially concurring.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Knapp, Cushing, Hershberger & Stevenson, for appellant; Harlan L. Hackbert, of counsel; William Wallace McCallum, Marion J. Hannigan and Wendell H. Shanner, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.